1  Christopher Angius (OR SBN 84157) (admitted in Northern District)
   Chung-Han Lee (SBN 231950)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California  94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5  Attorneys for Defendant
   MAYTAG CORPORATION
6

*IT IS SO ORDERED — Judge James Ware* (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

| | |
|---|---|
| STATE FARM GENERAL INSURANCE CO., | No. C04-02990 JW (HRL) |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| vs. | |
| MAYTAG CORPORATION; FRY'S ELECTRONICS, INC., and DOES 1 through 50, inclusive, | **[DECLARATION OF CHUNG-HAN LEE FILED CONCURRENTLY HEREWITH]** |
| Defendants. | |

19    The parties make this stipulated request for an order changing time pursuant to Local Rule
20 6-2.
21    On December 1, 2004, the Court issued its initial Scheduling Order for this case providing
22 various deadlines for the completion of expert discovery, all discovery and dispositive motions.  In
23 the Scheduling Order Order, the Court provided the following deadlines:

24    Disclosure of Expert Witnesses                    July 1, 2005
25    Disclosure of Rebuttal Expert Witness             July 11, 2005
26    Motions to Exclude Expert Testimony               August 22, 2005, 9:00 a.m.
27    Close of Discovery                                August 31, 2005
28    Last Day for Hearing Dispositive Motions          October 17, 2005, 9:00 a.m.

(left margin: Holland & Knight LLP / 50 California Street, 28th Floor / San Francisco, CA 94111 / Tel: (415) 743-6900 / Fax: (415) 743-6910)

| | |
|---|---|
| Preliminary Pretrial Statement | November 14, 2005 |
| Preliminary Pretrial and Trial Setting Conference | November 28, 2005, 11:00 a.m. |

Since the Court issued its initial Scheduling Order, the parties have been actively engaged in both fact and expert discovery. Due to the vacation and work schedules of some of the expert witnesses, the expert witnesses may not be able to complete their expert reports by the current July 1, 2005 deadline. Therefore, the parties now seek a two week extension for the disclosure of expert witnesses from July 1, 2005 to July 15, 2005.

Due to the extension for expert witness disclosures, the parties stipulate and respectfully request that the Court amend the Scheduling Order to provide the following deadlines:

| | |
|---|---|
| Disclosure of Expert Witnesses | July 15, 2005 |
| Disclosure of Rebuttal Expert Witness | August 15, 2005 |
| Motions to Exclude Expert Testimony | October 3, 2005, 9:00 a.m. |
| Close of Discovery | October 14, 2005 |
| Last Day for Hearing Dispositive Motions | December 5, 2005, 9:00 a.m. |
| Preliminary Pretrial Statement | January 23, 2006 |
| Preliminary Pretrial and Trial Setting Conference | February 6, 2006, 11:00 a.m. |

The parties note that no previous time modifications have been made in this case other than the change in the date by which mediation was to take place. This postponement in the expert disclosure deadline and the other discovery and dispositive motion deadlines will not significantly delay the trial as no trial date has yet been set, and the modifications in the scheduling order extends the deadlines by only a few months.

Pursuant to L.R. 6-2, this Stipulated Request is accompanied by the Declaration of Chung-Han Lee filed concurrently hereto.

STIPULATED REQUEST FOR ORDER CHANGING TIME          Case No. C04-02990 JW (HRL)

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HOLLAND & KNIGHT LLP |
| Dated: June 24, 2005 | /s/ |
|   | CHUNG-HAN LEE<br>Attorney for Defendants<br>Maytag Corporation and Fry's Electronics |
|   | GRUNSKY EBEY FARRAR & HOWELL |
| Dated: June 24, 2005 | /s/ |
|   | REBECCA CONNOLLY<br>Attorney for Plaintiff<br>State Farm General Insurance Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| Dated: 7/7/05 | /s/ James Ware |
|  | HON. JAMES WARE<br>United States District Judge |

# 3010540_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910