1  Christopher Angius (OR SBN 84157) (admitted in Northern District)
   Chung-Han Lee (SBN 231950)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5  Attorneys for Defendant
   MAYTAG CORPORATION
6

*IT IS SO ORDERED — Judge James Ware*

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10
   STATE FARM GENERAL INSURANCE      )  No. C04-02990 JW (HRL)
11 CO.,                              )
                                     )
12                                   )  **STIPULATED REQUEST FOR ORDER
                                     )  CHANGING TIME AND [PROPOSED]
13              Plaintiff,           )  ORDER**
                                     )
14      vs.                          )
                                     )
15 MAYTAG CORPORATION; FRY'S         )
   ELECTRONICS, INC., and DOES 1 through )
16 50, inclusive,                    )  **[DECLARATION OF CHUNG-HAN LEE
                                     )  FILED CONCURRENTLY HEREWITH]**
17                                   )
              Defendants.            )
18 _____)

19      The parties make this stipulated request for an order changing time pursuant to Local Rule
20 6-2.
21      On December 1, 2004, the Court issued its initial Scheduling Order for this case providing
22 various deadlines for the completion of expert discovery, all discovery and dispositive motions. In
23 the Scheduling Order, the Court provided the following deadlines:
24      Disclosure of Expert Witnesses                July 1, 2005
25      Disclosure of Rebuttal Expert Witness         July 11, 2005
26      Motions to Exclude Expert Testimony           August 22, 2005, 9:00 a.m.
27      Close of Discovery                           August 31, 2005
28      Last Day for Hearing Dispositive Motions      October 17, 2005, 9:00 a.m.

| | |
|---|---|
| Preliminary Pretrial Statement | November 14, 2005 |
| Preliminary Pretrial and Trial Setting Conference | November 28, 2005, 11:00 a.m. |

Since the Court issued its initial Scheduling Order, the parties have been actively engaged in both fact and expert discovery.

On June 24, 2005, the parties filed a Stipulated Request for a two week extension for the disclosure of expert witnesses from July 1, 2005 to July 15, 2005 in order to accommodate the vacation and work schedules of some of the expert witnesses. Due to the extension for expert witness disclosures, the parties stipulate and respectfully request that the Court amend the Scheduling Order to provide the following deadlines:

| | |
|---|---|
| **Disclosure of Expert Witnesses** | **July 15, 2005** |
| **Disclosure of Rebuttal Expert Witness** | **August 15, 2005** |
| **Motions to Exclude Expert Testimony** | **October 3, 2005, 9:00 a.m.** |
| **Close of Discovery** | **October 14, 2005** |
| **Last Day for Hearing Dispositive Motions** | **December 5, 2005, 9:00 a.m.** |
| **Preliminary Pretrial Statement** | **January 23, 2006** |
| **Preliminary Pretrial and Trial Setting Conference** | **February 6, 2006, 11:00 a.m.** |

On July 7, 2005, the Court granted the Stipulated Request and issued an order amending the Scheduling Order to provide for the above deadlines. Since the Court issued its July 7, 2005 Order, the parties have made their initial expert witness disclosures on July 15, 2005 and made their rebuttal expert witness disclosures on August 15, 2005.

The parties now seek to extend the date by which Motions to Exclude Expert Testimony are to be heard until the deadline for hearing dispositive motions. Thus, the parties stipulate and respectfully request that the Court amend the Scheduling Order to provide the following deadlines:

| | |
|---|---|
| **Last Day for Hearing Motions to Exclude Expert Testimony** | **December 5, 2005, 9:00 a.m.** |

The parties are stipulating to extend the date by which Motions to Exclude Expert Testimony to allow the parties to complete discovery before the October 14, 2005 Close of Discovery Deadline and allow the parties to take the depositions of the various experts in this case prior to the filing of

STIPULATED REQUEST FOR ORDER CHANGING TIME     Case No. C04-02990 JW (HRL)

the Motions to Exclude. Under the current scheduling order, the parties would not have had the opportunity to take the experts' depositions prior to the filing of the motions to exclude given the short date between the deadline for rebuttal expert disclosure and the deadline for filing motions to exclude expert testimony.

The parties note that only one previous time modifications has been made in this case. This postponement in the date to hear motions to exclude expert testimony will not delay the case as neither the dispositive motion hearing or the preliminary pretrial and trial setting conference dates will change and no trial date has yet been set. The modification in the date to hear motions to exclude expert testimony does not extend any of the other deadlines set by the Court.

Counsel for State Farm has informed counsel for Maytag that State Farm is planning on filing a motion to exclude to be heard on October 3, 2005 and are not stipulating to have such motion continued until December 5, 2005. Maytag Corporation specifically reserves its rights to bring a motion or administrative request to continue the October 3, 2005 hearing date on State Farm's motion to exclude until a later date.

For the benefit of the Court, counsel for Maytag Corporation encloses a true and correct copy of the email correspondence (attached as Exhibit A to the Declaration of Chung-Han Lee filed concurrently hereto) between counsel for State Farm and counsel for Maytag regarding this Stipulated Request for the Court's consideration and review should the Court be inclined to reject this Stipulated Request as untimely.

Pursuant to L.R. 6-2, this Stipulated Request is accompanied by the Declaration of Chung-Han Lee filed concurrently hereto.

//
//
//
//
//

STIPULATED REQUEST FOR ORDER CHANGING TIME                              Case No. C04-02990 JW (HRL)

Respectfully submitted,

HOLLAND & KNIGHT LLP

Dated: August 29, 2005          /s/
CHUNG-HAN LEE
Attorney for Defendants
Maytag Corporation and Fry's Electronics

GRUNSKY EBEY FARRAR & HOWELL

Dated: August 29, 2005          /s/
REBECCA CONNOLLY
Attorney for Plaintiff
State Farm General Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 02, 2005          /s/ James Ware
HON. JAMES WARE
United States District Judge

# 3183389_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910