```
Christopher Angius (OR SBN 84157) (admitted in Northern District)
Chung-Han Lee (SBN 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
MAYTAG CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> MAYTAG CORPORATION; FRY'S ELECTRONICS, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | No. C04-02990 JW (HRL) <br><br> [PROPOSED] ORDER GRANTING DEFENDANT MATYAG CORPORATION'S MOTION TO CONTINUE OR ENLARGE TIME FOR BRIEFING AND HEARING PLAINTIFF'S MOTION TO EXCLUDE DEFENDANTS' EXPERTS ARMSTRONG AND HOWITT <br><br> [LOCAL RULE 6-3] |

The motion of Defendant MAYTAG CORPORATION for an order, pursuant to Local Rule 6-3, to continue or enlarge the time for briefing and hearing Plaintiff State Farm's Motion to Exclude Defendants' Experts Armstrong and Howitt, having come before the Court, and the Court having considered the papers submitted by the parties in support of and in opposition to Maytag's motion:

IT IS ORDERED:

1. Defendants' Motion to Continue or Enlarge is herby granted.

2. State Farm's Motion to Exclude Defendants' Experts Armstrong and Howitt currently scheduled for hearing on October 3, 2005 will be continued until December 5, 2005, 9:00 a.m.

- 1 -

[PROPOSED] ORDER GRANTING MAYTAG'S MOTION TO ENLARGE TIME TO HEAR STATE FARM'S MOTION TO EXCLUDE     Case No. C04-02990 JW (HRL)

3. The briefing schedule for State Farm's Motion to Exclude is hereby adjusted to comply with Local Rule 7-3 and 7-4.

**IT IS SO ORDERED.**

Dated: Sept. 9, 2005

/s/James Ware

United States District Judge

# 3194370_v1

- 2 -

[PROPOSED] ORDER GRANTING MAYTAG'S MOTION TO ENLARGE TIME TO HEAR STATE FARM'S MOTION TO EXCLUDE

Case No. C04-02990 JW (HRL)

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910