**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| State Farm General Insurance Co., | NO. C 04-02990 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE, EXTENDING DEADLINE FOR FILING JOINT STATEMENT** |
| Maytag Corporation, et al., | |
| Defendants. | |

Based on the parties' joint request and good cause shown, the preliminary pretrial conference currently scheduled for February 6, 2006 is continued to March 27, 2006 at 11:00 a.m. The parties shall file a joint preliminary pretrial conference statement on or before March 17, 2006.

Dated: January 30, 2006        /s/ James Ware
04eciv2990ctdpptc              JAMES WARE
                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher William Angius Chris.angius@hklaw.com
Chung-Han Lee chung.lee@hklaw.com
Lawrence James Conlan ljconlan@hklaw.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com

**Dated: January 30, 2006**                              **Richard W. Wieking, Clerk**

                                                  **By:_/s/ JW Chambers_____**
                                                    **Melissa Peralta**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California