IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| State Farm General Insurance Co., | NO. C 04-02990 JW |
|       Plaintiff,<br>  v. | **ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |
| Maytag Corporation, et al., | |
|       Defendants.                  / | |

On August 1, 2006, Judge Seeborg placed a settlement on the record in the above-entitled matter.  (See Docket Item No. 73.)  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **October 23, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **October 30, 2006 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before October 23, 2006, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2 this action.

3

4 Dated: August 24, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher William Angius Chris.angius@hklaw.com
Chung-Han Lee chung.lee@hklaw.com
Lawrence James Conlan ljconlan@hklaw.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com

**Dated: August 24, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:__/s/ JW Chambers_____**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California