Robert E. Wall (SBN 108114)
Rebecca Connolly (SBN 145482)
GRUNSKY, EBEY, FARRAR, & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, California 95076
Telephone: (831) 722-2444
Facsimile: (831) 722-6153

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY


Christopher Angius (OR SBN 84157) (admitted in Northern District)
Chung-Han Lee (SBN 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
MAYTAG CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> MAYTAG CORPORATION; FRY'S ELECTRONICS, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | No. C04-02990 JW (HRL) <br><br> ORDER GRANTING **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to FED. R. CIV. PROC. 41(a)(1) and the parties Settlement Agreement and Release.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HOLLAND & KNIGHT LLP |
| Dated:   August 28, 2006 | /s/ |
|   | CHUNG-HAN LEE |
|   | Attorney for Defendants |
|   | Maytag Corporation and Fry's Electronics |
|   |   |
|   | GRUNSKY EBEY FARRAR & HOWELL |
| Dated:   August 28, 2006 | /s/ |
|   | REBECCA CONNOLLY |
|   | Attorney for Plaintiff |
|   | State Farm General Insurance Company |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/29/06

HON. JAMES WARE
United States District Judge

# 3954213_v1

- 2 -

STIPULATED DISMISSAL                                                        Case No. C04-02990 JW (HRL)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2006, at Watsonville, California.

By:  */s/ Rebecca Connolly*

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 3 -

STIPULATED DISMISSAL                                             Case No. C04-02990 JW (HRL)